UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:   In Bankruptcy

**ROBERT SHUMAKE**,   Case No. 13-40001-wsd
　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　　　　　　　　　　　　　　Hon. Walter Shapero

　　　Debtor(s).
_____/

**K. JIN LIM, TRUSTEE,**

　　　Plaintiff,

v.   Case No. 14-04681-wsd
　　　　　　　　　　　　　　　　　　Hon. Walter Shapero

**MUSIC HALL CENTER FOR
PERFORMING ARTS, INC.,**

　　　Defendant(s).
_____/

**APPLICATION FOR ENTRY OF DEFAULT JUDGMENT
AGAINST MUSIC HALL CENTER FOR PERFORMING ARTS, INC.**

　　　K. Jin Lim, Trustee/Plaintiff, by her attorneys, Schneider Miller, PC, hereby requests this court to enter default judgment against the Defendant Music Hall Center for Performing Arts, Inc., and in her favor.

Dated: August 25, 2014　　　　　　　/s/Kimberly Ross Clayson
　　　　　　　　　　　　　　　　　　Kimberly Ross Clayson (P69804)
　　　　　　　　　　　　　　　　　　Schneider Miller, PC
　　　　　　　　　　　　　　　　　　Attorneys for Trustee/Plaintiff
　　　　　　　　　　　　　　　　　　645 Griswold, Suite 3900
　　　　　　　　　　　　　　　　　　Detroit, MI 48226
　　　　　　　　　　　　　　　　　　313-237-0850
　　　　　　　　　　　　　　　　　　kclayson@schneidermiller.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:      In Bankruptcy

**ROBERT SHUMAKE**,      Case No. 13-40001-wsd
Chapter 7
Hon. Walter Shapero

    Debtor(s).
_____/

**K. JIN LIM, TRUSTEE,**

    Plaintiff,

v.      Case No. 14-04681-wsd
Hon. Walter Shapero

**MUSIC HALL CENTER FOR
PERFORMING ARTS, INC.,**

    Defendant(s).
_____/

## AFFIDAVIT: SERVICEMEMBER'S CIVIL RELIEF ACT OF 2003

Kimberly Ross Clayson, counsel for Trustee/Plaintiff and a resident of the County of Wayne, State of Michigan, being duly sworn on her oath, deposes and says that Defendant Music Hall Center for Performing Arts, Inc.:

1. Is not in the military;

2. Is not on active duty in the military; and/or

3. Is not in a foreign country on military service.

Dated: August 25, 2014      /s/Kimberly Ross Clayson
Kimberly Ross Clayson (P69804)
Law Offices of Schneider Miller, P.C.
645 Griswold, Suite 3900
Detroit, Michigan 48226
(313) 237-0850
kclayson@schneidermiller.com

Subscribed and sworn to before me
this 25th day of August, 2014.
/s/Sojourner Love
Sojourner Love, Notary Public
Wayne County, State of Michigan
My Commission Expires: 4/7/2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                                    In Bankruptcy

**ROBERT SHUMAKE**,                          Case No. 13-40001-wsd
                                                       Chapter 7
                                                       Hon. Walter Shapero

      Debtor(s).
_____/

**K. JIN LIM, TRUSTEE,**

      Plaintiff,

v.                                                          Case No. 14-04681-wsd
                                                       Hon. Walter Shapero

**MUSIC HALL CENTER FOR
PERFORMING ARTS, INC.,**

      Defendant(s).
_____/

**DEFAULT JUDGMENT AS TO
<u>MUSIC HALL CENTER FOR PERFORMING ARTS, INC.</u>**

THIS MATTER having come before the court on Plaintiff's Application for Entry of Default Judgment, Plaintiff having certified that the Defendant Music Hall Center for Performing Arts, Inc. is not subject to the Servicemember's Relief Act,

IT IS HEREBY ORDERED IT IS HEREBY ORDERED that JUDGMENT is entered against Defendant Music Hall Center for Performing Arts, Inc. and in favor of Trustee, K. Jin Lim in the amount of $6,200.00 plus interests and costs.